## 36319.  HOLLINGSWORTH v. FLOYD COUNTY.

GARDNER, P. J.  This case is based on the same principles of law as contained in *Owens* v. *Floyd County,* ante.  The rulings there are hereby made the rulings in the instant case.

*Judgment reversed.  Townsend and Carlisle, JJ., concur.*

DECIDED NOVEMBER 9, 1956.

*Harris & Harris, Gary Hamilton, Wright & Glover, Maddox & Maddox,* for plaintiff in error.
*John W. Maddox,* contra.